JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRUXIE, LLC, a Delaware Limited Liability Company, and DEAN SIMON, a California citizen,<br><br>Defendants. | Case No. 8:15-cv-00226-JVS-RNB<br><br>*(Assigned for all purposes to Hon. James V. Selna, Courtroom 10)*<br><br>**FINAL JUDGMENT** |

On July 27, 2015, Argonaut Great Central Insurance Company ("Argonaut") filed a motion for summary judgment, or in the alternative, partial summary judgment, and Bruxie, LLC and Dean Simon (collectively "Bruxie") filed a motion for partial summary judgment. After fully considering all papers on file herein, including the papers filed by the parties in support of and in opposition to said motions, oral argument by the counsel for the parties on August 24, 2015, and having been fully advised as to all relevant facts, arguments and contentions, on September 3, 2015, the Honorable James V. Selna, United States District Court Judge, entered an Order (1) Granting summary judgment in favor of Argonaut, and

(2) Denying Bruxie's Motion for Summary Judgment or in the Alternative, Partial Summary Judgment (the "Order"; Docket no. 75).

Based thereon, it is ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Argonaut and against Bruxie, as follows:

1. Judgment shall be and hereby is entered in favor of Argonaut and against Bruxie on Argonaut's Complaint for Declaratory Relief;

2. Judgment shall be and hereby is entered in favor of Argonaut and against Bruxie as to Bruxie's Counterclaim;

3. There being no just reason to delay the entry of this judgment, this judgment is final and the Clerk is directed to enter this final judgment forthwith pursuant to Fed. R. Civ. P. 58.

DATED: September 21, 2015

_____
Honorable James V. Selna
United States District Judge